# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:  May 22, 2000

| | |
|---|---|
| LUIS RAMOS CHRISTIAN, et al | * |
| Plaintiffs | * |
| vs. | *   Civil 98-1987 (PG) |
| OCHOA FERTILIZER, et al | * |
| Defendants | * |

By Order of the Court a status conference in the above captioned case, is hereby set for **Thursday, June 15, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Ramón Dapena
       Pedro Manzano