# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE **JUAN M. PEREZ-GIMENEZ**

COURTROOM DEPUTY: Minerva **FIGUEROA**       DATE: June 15, 2000

COURT REPORTER: N/A                          C IV NO: 98-1987 (PG)

COURT INTERPRETER: N/A

===============================================================

Luis Ramos Christian, etc.                   <u>Attorneys:</u> Ramon Dapena, Esq.

vs.

Ochoa Fertilizer Co., Inc., etc.             Pedro Manzano, Esq.

===============================================================

Case called for Status Conference. The parties inform that case is ready for setting of Pretrial and Trial dates.

The Court sets Pretrial & Settlement Conference for September 12, 2000 at 8:30 A.M. Jury Trial shall be held on November 16, 2000 at 9:00 A.M.

*(signature)*
Courtroom Deputy Clerk

s/c to Jury Clerk.

Parties to be notified.