# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**     Date:  October 26, 2000

| | |
|---|---|
| LUIS RAMOS CHRISTIAN, et al | |
| Plaintiffs | |
| vs. | Civil 98-1987 (PG) |
| OCHOA FERTILIZER, et al | |
| Defendants | |

By Order of the Court the joint request for a new trial date (dkt. #13) is **granted**.

The jury trial scheduled for November 16, 2000, is reset for **Tuesday, February 20, 2001**, at 9:00 A.M.  A pretrial conference will be held on **Thursday, November 16, 2000**, at 9:00 A.M.  These proceedings will be held before Honorable Juan M. Pérez-Giménez.

Lida Isis Egelé
Courtroom Deputy

s/c:  Ramón Dapena
      Pedro Manzano

