UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Minutes of Setting                                Date: February 1, 2001



LUIS RAMOS CHRISTIAN,

       Plaintiff                          98-1987(PG)

  -v-

OCHOA FERTILIZER CO.,
      Defendant

   By Order of the Court, a Settlement conference is hereby set for February 6, 2001 AT 2:30p.m.

This proceeding will be held before Hon. Robert J. Ward.

                                            COURTROOM DEPUTY CLERK