# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                              Date:   February 8, 2001

| | |
|---|---|
| LUIS RAMOS CHRISTIAN, et al | * |
| Plaintiffs | * |
| vs. | *    Civil 98-1987 (PG) |
| OCHOA FERTILIZER, et al | * |
| Defendants | * |

By Order of the Court the jury trial scheduled for February 20, 2001, is reset for **Monday, April 16, 2001**, at 9:00 A.M.   This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Ramón Dapena
       Pedro Manzano