# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ        DATE: April 6, 2001

COURTROOM DEPUTY: Lida Isis EGELE       CIVIL CASE: 98-1987 (PG)

==================================================================

LUIS RAMOS CHRISTIAN, et al              Attorneys:

vs.

OCHOA FERTILIZER, et al

==================================================================

BY ORDER OF THE COURT since an older civil case has been set for trial by Hon. José A. Fusté on April 16, the jury trial in this case scheduled for April 16, 2001, is hereby vacated and set aside. This case is referred to Hon. Robert J. Ward, Senior Judge for the Southern District of New York.

**A status conference is hereby set for April 23, 2001, at 3:00 P.M. before Judge Robert J. Ward.**

                                        _____
                                        Lida Isis EGELE
                                        Courtroom Deputy

s/c:  All counsel of record
      Jury Clerk

