# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**              Date:   May 11, 2001

LUIS RAMOS CHRISTIAN, et al     *
                                *
    Plaintiffs                  *
                                *
vs.                             *       **Civil 98-1987 (PG)**
                                *
OCHOA FERTILIZER, et al         *
                                *
    Defendants                  *
                                *
-----------------------------------*

By Order of the Court the **jury trial** in the above captioned case is hereby set for **Monday, July 16, 2001**, at 9:00 A.M.   This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                              _____
                                              Lida Isis Egelé
                                              Courtroom Deputy

s/c:   Ramón Dapena
       Pedro Manzano
       Jury Clerk


