UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 AUG 29 PM 2:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

LUIS RAMOS CHRISTIAN, ET AL.,
    Plaintiffs,

    v.                        Civil No. 98-1987(PG)

OCHOA FERTILIZING CO., INC.,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #29 - Motion For Filing Settlement Agreement Under Seal. | **GRANTED.** |
| Docket #30 - Settlement Agreement. | **APPROVED.** |
| Docket #31 - Notice Of Voluntary Dismissal. | **APPROVED.** |

Date: _____August 28_____, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge