UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILE
'01 AUG 29 PM 2
CLERK'S OFFIC
U.S. DISTRICT CC
SAN JUAN. P

LUIS RAMOS CHRISTIAN, ET AL.,  *
    Plaintiffs,               *
                              *
    v.                        *     CIVIL NO. 98-1987(PG)
                              *
OCHOA FERTILIZING CO., INC.,   *
ET AL.,                        *
    Defendants.               *

_____

## J U D G M E N T

On this same date the Court has entered an Order approving the

Settlement Agreement filed by the parties under seal, on August 21,

2001, (Docket No. 30) and approving the parties Notice of Voluntary

Dismissal (Docket No 31).  WHEREFORE, it is hereby

**ORDERED** and **ADJUDGED** that said agreement be and is hereby

binding between the parties.  FURTHER, it is

**ORDERED and ADJUDGED** that said agreement be and is hereby made

part of this judgment as though set forth *in extenso*.  FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set

forth in the agreement.

**IT IS SO ORDERED.**

San Juan, Puerto Rico  ___August  27___ , 2001.


                                            _____
                                            JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge

AO 72A
(Rev.8/82)